

# NUMBER 13-15-00-352-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MING CHU CHANG, KEN MOK, AND JORGE GONZALEZ III

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Rodriguez, Garza, and Longoria
### Per Curiam Order

Relators, Ming Chu Chang, Ken Mok, and Jorge Gonzalez III, filed a petition for writ of mandamus and motion for emergency temporary relief in the above cause on July 30, 2015. Through this original proceeding, relators seek to compel the trial court to vacate a July 7, 2015 discovery order requiring relators to produce their income tax returns.

The Court, having examined and fully considered the motion for emergency temporary relief, is of the opinion that said motion should be granted. The motion for emergency temporary relief is hereby GRANTED, and that portion of the trial court's July

7, 2015 discovery order which requires the production of income tax returns is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, James R. Williams, or any others whose interest would be directly affected by the relief sought, including but not limited to American First National Bank or George West 59 Investments, Inc., file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
31st day of July, 2015.